■ MARKETING SHOWCASE, INC., v MARKETING CORPORATION OF AMERICA.—Motion for a preliminary injunction, and for other relief, denied for lack of jurisdiction (see, CPLR 5518). Concur—Ross, J. P., Carro, Asch, Milonas and Kassal, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, v ELVIN SANCHEZ.—Motion for leave to appeal as a poor person denied for lack of jurisdiction pursuant to CPL 460.30 (1). Concur—Ross, J. P., Carro, Asch, Milonas and Kassal, JJ.

■ In the Matter of STEVEN WINSTON, an Attorney.—Motion to confirm the Hearing Panel's finding is denied, and the cross motion is granted insofar as to stay the hearing during the period that respondent is a full-time resident at Daytop Village, as indicated, and respondent's suspension shall remain in effect pending the further order of this court. Concur—Kupferman, J. P., Sandler, Carro, Kassal and Wallach, JJ.